**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>3XA Wireless, Inc., an Illinois corporation, and MOGO WIRELESS, INC., a Georgia corporation,<br>v.<br>WILSON ELECTRONICS, INC., a Utah corporation | Case Number:<br>FILED: MAY 16, 2008<br>08CV2867 RCC<br>JUDGE DOW<br>MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, 3XA WIRELESS, INC., and MOGO WIRELESS, INC.

| |
|---|
| NAME (Type or print)<br>Steven B. Ekker |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Steven B. Ekker |
| FIRM<br>Momkus McCluskey, LLC |
| STREET ADDRESS<br>3051 Oak Grove Road, Suite 220 |
| CITY/STATE/ZIP<br>Downers Grove, IL 60515 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6216016 | TELEPHONE NUMBER<br>(630) 434-0400 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐