IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 3XA WIRELESS, INC., an Illinois corporation, and MOGO WIRELESS, INC., a Georgia corporation, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 08 CV 2867 ) |
| WILSON ELECTRONICS, INC., a Utah corporation, | ) (JURY TRIAL DEMANDED) ) ) |
| Defendant. | ) |

**NOTICE OF ADDRESS CHANGE**

To:   C.J. Veverka
      Workman Nydegger
      1000 Eagle Gate Tower
      60 East South Temple
      Salt Lake City, UT 84111


***PLEASE TAKE NOTICE*** that, ***effective July 25, 2008***, the firm of Momkus McCluskey, LLC will be relocating to:

1001 Warrenville Road, Suite 500
Lisle, Illinois   60532

Phone Number and Fax Number will remain the same


                              MOMKUS McCLUSKEY, LLC

                              By:   /s/ Steven B. Ekker
                                    Steven B. Ekker


MOMKUS McCLUSKEY, LLC
3051 Oak Grove Road, Suite 220
Downers Grove, Illinois  60515
630-434-0400 --Phone
630-434-0444 – Fax
Attorneys for Plaintiffs
Attorney No. 6216016
W:\1_20\1781.080183\Pleadings\ChangeofAddress.doc