IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| 3XA WIRELESS, INC., an Illinois corporation, and MOGO WIRELESS, INC., a Georgia corporation, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 CV 2867 |
| WILSON ELECTRONICS, INC., a Utah corporation, | ) ) ) ) | (JURY TRIAL DEMANDED) |
| Defendant. | ) | |

## NOTICE OF FILING

To:   C.J. Veverka
      Workman Nydegger
      1000 Eagle Gate Tower
      60 East South Temple
      Salt Lake City, UT 84111

    **PLEASE TAKE NOTICE** that on July 14, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Notice of Address Change, copies of which are enclosed herein.

                    MOMKUS McCLUSKEY, LLC

                    By:   /s/ Steven B. Ekker
                            Steven B. Ekker

## CERTIFICATE OF SERVICE

    Under penalties as provided by laws, pursuant to Section 1-109 of the Code of Civil Procedure, Connie Arvia, a non-attorney, certifies that she has caused this Notice of Filing and all referenced enclosures to be electronically served upon the above listed parties on July 14, 2008.

                        /s/ Connie Arvia
                        Connie Arvia

MOMKUS McCLUSKEY, LLC
3051 Oak Grove Drive, Suite 220
Downers Grove, Illinois 60515
(630) 434-0400
Attorneys for Plaintiffs
Attorney No. 6216016
W:\1_20\1781.080183\Pleadings\NOF.Address.Chnge.doc