**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:08-cv-02867 |
|---|---|
| 3XA Wireless Inc., and Mogo Wireless, Inc., v. Wilson Electronics, Inc. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Wilson Electronics, Inc.

Defendant.

| NAME (Type or print) |
|---|
| Timothy P. Lucier |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Timothy P. Lucier |
| FIRM |
| Brinks Hofer Gilson & Lione |
| STREET ADDRESS |
| 455 N. Cityfront Plaza Dr., Suite 3600 |
| CITY/STATE/ZIP |
| Chicago, IL 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6257128 | 312-321-4200 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing APPEARANCE was served on this the 5th day of August, 2008, to the following attorneys of record, as follows:

> **VIA ECF:**
>
> James F. McCluskey
> Steven Brian Ekker
> Momkus McCluskey Monroe Marsh & Spyratos, LLC
> 3051 Oak Grove Road
> Suite 220
> Downers Grove, IL 60515-1181
> (630)434-0400

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Chicago, Illinois on August 5, 2008.

s/ Timothy P. Lucier