### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NORTHERN ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| 3XA WIRELESS, INC., an Illinois corporation, and MOGO WIRELESS, INC., a Georgia corporation, <br><br> Plaintiff(s), <br><br> v. <br><br> WILSON ELECTRONICS, INC., a Utah corporation, <br><br> Defendant. | Civil Action No. 1:08-CV-02867 <br><br> Honorable Robert M. Dow Jr. <br><br> Magistrate Judge Valdez <br><br><br> NOTIFICATION OF AFFILIATES |

### DEFENDANT'S NOTIFICATION OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendant Wilson Electronics, Inc., advises the Court that no entity owns more than 5% of Wilson Electronics, Inc.

Respectfully submitted,

Dated: August 5, 2008　　　　By: _s/ Timothy P. Lucier_ .

　　　　Timothy Q. Delaney
　　　　Timothy P. Lucier
　　　　BRINKS HOFER GILSON & LIONE
　　　　455 North Cityfront Plaza Drive
　　　　NBC Tower, Suite 3600
　　　　Chicago, Illinois 60611-5599
　　　　Telephone: (312) 321-4200
　　　　Facsimile: (312) 321-4299

Thomas R. Vuksinick
Charles J. Veverka
Matthew A Barlow
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
(801) 533-9800
(801) 328-1707 (FAX)

*Attorneys for Defendant*,
WILSON ELECTRONICS, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing DEFENDANT'S NOTIFICATION OF AFFILIATES was served on this the 5th day of August, 2008, to the following attorneys of record, as follows:

> **VIA ECF:**
>
> James F. McCluskey
> Steven Brian Ekker
> Momkus McCluskey Monroe Marsh & Spyratos, LLC
> 3051 Oak Grove Road
> Suite 220
> Downers Grove, IL 60515-1181
> (630)434-0400

I declare under penalty of perjury that the foregoing is true and correct. Executed at Chicago, Illinois on August 5, 2008.

                                                             s/ Timothy P. Lucier           .