IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| 3XA WIRELESS, INC., an Illinois corporation, and MOGO WIRELESS, INC., a Georgia corporation, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 CV 2867 |
| WILSON ELECTRONICS, INC., a Utah corporation, | ) ) ) ) | (JURY TRIAL DEMANDED) |
| Defendant. | ) | |

## NOTICE OF EMERGENCY MOTION

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on **August 14, 2008, at 9:45 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ruben Castillo in Courtroom 2146, or any other judge as may be holding Court in his absence, in the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, and then and there present Plaintiff's *Emergency Motion for Temporary Restraining Order and Preliminary Injunctive Relief*, at which time and place you may appear as you see fit to do.

MOMKUS McCLUSKEY, LLC

By:   /s/ Steven B. Ekker

### PROOF OF SERVICE

Under penalties as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, Sabrina Sanders certifies that she served a true and correct copy of the *Notice of Motion* to all counsel of record by CM/ECF Filing, from Lisle, Illinois 60515 on August 11, 2008.

/s/ Sabrina Sanders

Steven B. Ekker (ARDC #: 6216016)
MOMKUS McCLUSKEY, LLC
1001 Warrenville Road, Suite 500
Lisle, IL 60532
(630) 434-0400, (630) 434-0444 Fax
Attorneys for Plaintiffs
Firm No. 13124754