IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| 3XA WIRELESS, INC., an Illinois corporation, and MOGO WIRELESS, INC., a Georgia corporation, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 CV 2867 |
| WILSON ELECTRONICS, INC., a Utah corporation, | ) ) ) ) | (JURY TRIAL DEMANDED) |
| Defendant. | ) | |

## NOTICE OF FILING

To:  Timothy P. Lucier
     Brinks Hofer Gilson & Lione
     455 N. Cityfront Plaza Dr.,
     NBC Tower, Ste. 3660
     Chicago, Il 60611-5599

**PLEASE TAKE NOTICE** that on August 13, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Stipulation, copies of which are enclosed herein.

MOMKUS McCLUSKEY, LLC

By:   /s/ Steven B. Ekker
      Steven B. Ekker

## CERTIFICATE OF SERVICE

Under penalties as provided by laws, pursuant to Section 1-109 of the Code of Civil Procedure, Connie Arvia, a non-attorney, certifies that she has caused this Notice of Filing and all referenced enclosures to be electronically served upon the above listed parties on August 13, 2008.

         /s/ Connie Arvia
         Connie Arvia

MOMKUS McCLUSKEY, LLC
3051 Oak Grove Drive, Suite 220
Downers Grove, Illinois 60515
(630) 434-0400
Attorneys for Plaintiffs
Attorney No. 6216016
W:\1_20\1781.080183\Pleadings\NOF Stipulation.doc