Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | Ruben Castillo |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2867 | **DATE** | 8/14/2008 |
| **CASE TITLE** | 3XA Wireless, Inc., et al. Vs. Wilson Electronics, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' emergency motion for TRO and motion for preliminary injunctive relief is withdrawn. Filed stipulation.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|