# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NORTHERN ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| 3XA WIRELESS, INC., an Illinois corporation, and MOGO WIRELESS, INC., a Georgia corporation, | Civil Action No. 1:08-CV-02867 |
| Plaintiff(s), | Honorable Robert M. Dow Jr. |
| v. | Magistrate Judge Valdez |
| WILSON ELECTRONICS, INC., a Utah corporation, | |
| Defendant. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 9, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard in the above-captioned action, we shall appear before the Honorable Robert M. Dow, Jr., in the courtroom usually occupied by him, or before any other judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present **DEFENDANT WILSON ELECTRONICS, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY**, a copy of which is hereby served on you.

Respectfully submitted

DATED September 2, 2008.        By  /s/ Mircea Tipescu

Timothy Q. Delaney
Mircea Tipescu (Reg. No. 6276053)
BRINKS HOFER GILSON & LIONE
455 North Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

1

Thomas R. Vuksinick
Charles J. Veverka
Matthew A. Barlow
W‌ORKMAN | N‌YDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

Attorneys for Defendant
WILSON ELECTRONICS, INC.

**PROOF OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing NOTICE OF MOTION was served on the 2nd day of September, 2008, to the following attorneys of record, as follows:

**VIA ECF:**

    James F. McCluskey
    Steven Brian Ekker
    MOMKUS MCCLUSKEY MONROE MARSH & SPYRATOS, LLC
    3052 Oak Grove Road, Suite 220
    Downers Grove, IL 60515-1181
    (630) 434-0400

I declare under penalty of perjury that the foregoing is true and correct. Executed at Chicago, Illinois on September 2, 2008.

                                                /s/ Mircea Tipescu

C:\NrPortbl\DMS1\MBARLOW\2091141_1.DOC