# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

3XA Wireless Inc., et al.

　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:08–cv–02867

　　　　　　　　　　　　　　　　　　　Honorable Robert M. Dow Jr.

Wilson Electronics, Inc.

　　　　　　　　　　　　Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

　　　MINUTE entry before the Honorable Robert M. Dow, Jr:Status hearing held on 9/3/2008. Plaintiffs are given until 10/1/08 within which to file a response to defendant's motion to dismiss[28] and defendant is given until 10/15/08 to file a reply brief. Ruling on defendant's motion to dismiss [28] will be by mail. Notice of Motion date of 9/9/08 is stricken.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.